FILED
FEB 09 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ M.M.  DEPUTY

Randal Jerome Dalavai
14332 Mountain Road
Poway, CA  92064
Email: randaljerome@gmail.com
Tel: (872) 232-0713

Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDAL JEROME DALAVAI, SUCCESSOR IN INTEREST TO 'DECEDENT' GEETHA DALAVAI & SON OF GEETHA DALAVAI**<br><br>Plaintiff<br><br>V.<br><br>**THE REGENTS; THE ELIZABETH HOSPICE; EMIL JASON DALAVAI** (Nominal Defendant and Surviving Spouse of Geetha Dalavai); **JANE SHERIL DALAVAI** (Nominal Defendant, Foreign Citizen, and resident of India, Daughter of Geetha Dalavai); **KAREN YVONNE DALAVAI** (Nominal Defendant, Foreign Citizen, and resident of U.A.E, Daughter of Geetha Dalavai)<br><br>Defendant(s) | Case No. 3:22-cv-01992-CAB-WVG<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY**<br><br>**PURSUANT TO LOCAL RULE 5-4.1.1**<br><br>Date:<br>Judge: Hon. Cathy A. Bencivengo<br>Dept: |

1

1. Plaintiff Randal Jerome Dalavai respectfully Motions for permission to file electronically (e-file) in this case.  I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.casd.uscourts.gov/cmef.aspx#undefined2.
2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper, but I will continue to receive documents via e-mail.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I have regular access to the technical requirements necessary to e-file successfully:
   a. A Computer that runs on Windows
   b. Internet access that transfers at a rate higher than 56kb
   c. I use internet browsers Firefox 15.0 and Explorer 109.0
   d. An email account daily to receive notifications from the Court and notices from the e-filing system.
   e. A scanner to convert documents that are only in paper format into electronic files. 400 pixels per inch.

2

f. A printer or copier to create required paper copies such as chambers copies.

g. A word-processing program to create documents; and

h. A PDF reader (Adobe Acrobat) and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

i.

2/8/2023
**Date**

Randal Dalavai (Feb 8, 2023 18:21 PST)

**Randal Jerome Dalavai,**
Successor in Interest
Plaintiff, In Pro Se

VIA FAX