UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL JEROME DALAVAI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE REGENTS, et al,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-1992-CAB-WVG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY**<br><br>**[Doc. No. 19]** |

　　　　On February 9, 2023, *pro se* Plaintiff Randal Jerome Dalavai filed a renewed motion for leave to file documents electronically. [Doc. No. 19]. In order to be eligible for leave, Plaintiff "must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual."  *See* ELECTRONIC CASE FILING ADMINISTRATIVE POLICIES & PROCEDURES MANUAL ("THE MANUAL") at 8, available at https://www.casd.uscourts.gov/cmecf.aspx#undefined2.

Plaintiff's renewed motion states that he is familiar with, and consents to abide by, the requirements for e-filing.  Plaintiff also attests that he has access to software and technology that would be required to file on the CM/ECF system.  In light of Plaintiff's representations, the Court **GRANTS** Plaintiff leave to use electronic case filing.  Plaintiff "must register as a user with the Clerk's Office and as a subscriber to PACER within five (5) days" of receiving notice of this Order. *See* MANUAL at 8.

It is **SO ORDERED**.

Dated:  February 10, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge