

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Randal Jerome Dalavai Successor in Interest to 'Decedent' Geetha Dalavai and Son of Geetha Dalava<br><br>**Plaintiff,**<br>V.<br>See Attachment<br><br>**Defendant.** | Civil Action No.   22cv1992-CAB-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the foregoing, the Court hereby ORDERS:
1. The Elizabeth Hospice's motion to dismiss for lack of subject matter jurisdiction is GRANTED.
2. Plaintiff's EMTALA claim is BARRED by the statute of limitations.
3. The Regent's motion to dismiss for failure to state an EMTALA claim is GRANTED without leave to amend.
This order is without prejudice to Plaintiff filing his state law claims in state court. Case Closed.

**Date:**   4/5/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard

A. Hazard, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 22cv1992-CAB-WVG

The Regents; The Elizabeth Hospice; Emil Jason Dalavai, Nominal Defendant and Surviving Spouse of Geetha Dalavai; Jane Sheril Dalavai, Nominal Defendant, Foreign Citizen and resident of India, Daughter of Geetha Dalavai; Karen Yvonne Dalavai, Nominal Defendant, Foreign Citizen and resident of U.A.E., Daughter of Geetha Dalavai

Defendants